UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nafiou Lamidi

    v.                                Case No. 25-cv-297-LM-TSM

FCI Berlin, Warden et al.

## JUDGMENT

In accordance with the endorsed order by Chief Judge Landya B. McCafferty dated September 11, 2025, and the order by Chief Judge Landya B. McCafferty dated September 15, 2025, judgment is hereby entered.

                                                  By the Court:

                                                  _/s/ Tracy A. Uhrin_
                                                  Tracy A. Uhrin
                                                  Clerk of Court

Date: September 25, 2025

cc:   Counsel of Record